159 So. 889

**AMERICAN INS. CO. OF ALABAMA v. Annie ENGLAND.**

**6 Div. 733.**

Court of Appeals of Alabama.
Dec. 18, 1934.

Locke & Creel, of Birmingham, for appellant.

Harsh; Harsh & Hare, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

152 So. 918

**George ANDREWS v. STATE.**

**8 Div. 857.**

Court of Appeals of Alabama.
Feb. 13, 1934.

SAMFORD, Judge.
Affirmed.

152 So. 919

**W. H. ANGEL et al. v. CITY OF JACKSONVILLE.**

**7 Div. 36.**

Court of Appeals of Alabama.
Jan. 16, 1934.

RICE, Judge.
Affirmed.

161 So. 914

**Robert ARMSTEAD v. STATE.**

**8 Div. 157.**

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Appeal dismissed.

162 So. 921

**James ASHFORD, alias, etc., v. STATE.**

**6 Div. 859.**

Court of Appeals of Alabama.
Aug. 27, 1935..

Lipscomb & Lipscomb, of Bessemer, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed on motion of appellant.

152 So. 919

**Mid ASHMORE v. STATE.**

**8 Div. 884.**

Court of Appeals of Alabama.
Feb. 13, 1934.

BRICKEN, Presiding Judge.
Affirmed.

159 So. 912

**Jesse G. ATCHLEY v. STATE.**

**8 Div. 981.**

Court of Appeals of Alabama.
Feb. 5, 1935.

SAMFORD, Judge.
Affirmed.